```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DARWYN M. MORREN,                             :
                                              :
                Plaintiff,                    :       No. 20-CV-10802 (JPC) (OTW)
                                              :
        -against-                             :       ORDER
                                              :
NEW YORK UNIVERSITY, et al.,                  :
                                              :
                Defendants.                   :
                                              :
                                              :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the parties' letters regarding a request by Plaintiff to extend time to respond to Defendant UCATS's answer. (ECF 19-22). The request is DENIED AS MOOT. UCATS has not yet answered the complaint.

The parties shall refer to the Court's April 23, 2021 order regarding instructions for submitting a proposed briefing schedule for Rule 12 motions. *See* ECF 18.

**SO ORDERED.**

Dated: May 4, 2021  
      New York, New York

<u>*s/ Ona T. Wang*</u>  
**Ona T. Wang**  
United States Magistrate Judge