UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DARWYN M. MORREN,

          Plaintiff,

          -against-

NEW YORK UNIVERSITY, et al.,

          Defendants.

------------------------------------------------------------x

20-CV-10802 (JPC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The parties appeared for a status conference on June 9, 2021. The Court hereby enters the following briefing schedule for the Defendants' motions to dismiss the Amended Complaint:

- Defendants' motions due by July 9, 2021.
- Plaintiff's opposition due by August 9, 2021.
- Defendants' replies due by August 23, 2021.

Discovery is hereby stayed pending the motions to dismiss.

The Defendants are directed to order a copy of the July 9, 2021 transcript, split the cost, and serve a copy of the transcript on the *pro se* Plaintiff.

          **SO ORDERED.**

Dated: June 9, 2021
      New York, New York

                                          *s/ Ona T. Wang*
                                          **Ona T. Wang**
                                          United States Magistrate Judge