**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
DARWYN M. MORREN,

        Plaintiff,

        -against-

NEW YORK UNIVERSITY, et al.,

        Defendants.

------------------------------------------------------------x

20-CV-10802 (JPC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 37. Plaintiff's request for an extension of the briefing schedule entered on June 9, 2021 (ECF 29) is GRANTED.

The amended dates are as follows:

1. Defendants' motions due by August 9th.

2. Plaintiff's Opposition due by September 9th.

3. Defendants' Replies due by September 23rd.

**SO ORDERED.**

Dated: July 7, 2021
      New York, New York

      *s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge