UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DARWYN M. MORREN,  :
 :
       Plaintiff,  :     No. 20-CV-10802 (JPC) (OTW)
 :
       -against-  :     **ORDER**
 :
NEW YORK UNIVERSITY, et al.,  :
 :
       Defendants.  :
 :
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's request for an extension of the briefing schedule. (ECF 55). The request for an extension is **GRANTED**. The amended dates are as follows:

1. Plaintiff's response is due October 7, 2021.

2. Defendants' replies, if any, are due October 28, 2021.

The Clerk of Court is directed to serve a copy of this Order on the Plaintiff and file proof of service on the docket.

**SO ORDERED.**

                                                                             *s/ Ona T. Wang*

Dated: August 30, 2021                                         **Ona T. Wang**
       New York, New York                        United States Magistrate Judge