UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
          :
DARWYN M. MORREN,                           :
                                         Plaintiff,         :          20 Civ. 10802 (JPC)

                   -v-                          :                <u>ORDER</u>

NEW YORK UNIVERSITY and UCATS LOCAL 3882,  :

                          Defendants.       :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The parties shall appear for a telephonic status conference on March 30, 2022 at 12:00 p.m.

At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

The Clerk of the Court is respectfully directed to mail a copy of this Order to the *pro se* plaintiff.

SO ORDERED.

Dated: March 23, 2022
       New York, New York

                                                    JOHN P. CRONAN
                                          United States District Judge