UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
DARWYN M. MORREN,

                       Plaintiff,                              20 Civ. 10802 (JPC)

      -v-                                                  ORDER

NEW YORK UNIVERSITY and UCATS LOCAL 3882,

                       Defendants.
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      For the reasons stated on the record at the March 30, 2022 conference, the Court stays this case until further order of the Court. The Clerk of the Court is respectfully directed to mail a copy of this Order to the *pro se* plaintiff.

      SO ORDERED.

Dated: March 30, 2022
       New York, New York                                     _____
                                                           JOHN P. CRONAN
                                                 United States District Judge