UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARWYN M. MORREN,
                Plaintiff,

-v-

NEW YORK UNIVERSITY, *et al.*,
                Defendants.

20-CV-10802 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court hereby lifts the stay of this case.

    SO ORDERED.

Dated: April 14, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge