UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARWYN M. MORREN,
                Plaintiff,

-v-

NEW YORK UNIVERSITY, *et al.*,
                Defendants.

20-CV-10802 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The operative complaint in this matter was dismissed on May 25, 2022, and *pro se* Plaintiff Darwyn M. Morren was given thirty days to amend his discrimination claims for hostile work environment and retaliation as well as his claims under the Family and Medical Leave Act ("FMLA"). (*See* Dkt. No. 80 at 3.) Plaintiff has not amended the complaint. Accordingly, the Clerk of Court is directed to enter judgment and to close this case.

      SO ORDERED.

Dated: July 29, 2022
       New York, New York

                                                      J. PAUL OETKEN
                                                      United States District Judge