**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DARWYN M. MORREN,

                        Plaintiff,

      -against-                                            20 **CIVIL** 10802 (JPO)

                                                               **JUDGMENT**

NEW YORK UNIVERSITY, et al.,

                       Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 29, 2022, the operative complaint in this matter was dismissed on May 25, 2022, and pro se plaintiff was given thirty days to amend his discrimination claims for hostile work environment and retaliation as well as his claims under the Family and Medical Leave Act. Plaintiff has not amended his complaint; accordingly, the case is closed.

**Dated:** New York, New York

      August 1, 2022

                                                            **RUBY J. KRAJICK**

                                                            _____
                                                             **Clerk of Court**
                                **BY:**      *K. Mango*
                                                              _____
                                                              **Deputy Clerk**